**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
(Northern Division)**

| | | |
|---|---|---|
| **MARIELA CAMPOS CORADO,** *et al.* | * | |
| | * | |
| Plaintiffs, | * | Civil Case No. 1:22-cv-02780-JRR |
| | * | |
| v. | * | |
| | * | |
| **MMFC, LLC,** d/b/a Molly Maid of Greater Frederick and Columbia, *et al.* | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS'** *CONSENT* **MOTION FOR EXTENSION TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND COURT-FACILITATED NOTICE**

Defendants MMFC, LLC d/b/a Molly Maid of Greater Frederick and Columbia ("Molly Maid"), Ritu Goel, and Sumeet Goel (collectively, "Defendants"), by and through their undersigned counsel, respectfully request that the Court extend the time for Defendants to respond to Plaintiffs' Motion for Conditional Certification and Court-Facilitated Notice ("Motion") by 14 days making the responsive pleading due on Monday, March 13, 2023. In support, Defendants state as follows:

1. On or around October 28, 2022, Plaintiffs Mariela Campos Corado, Patricia De Romero, Maria Ayala, and Jackeline Chavez, on behalf of themselves and others similarly situated (hereinafter "Plaintiffs") filed a five-count Collective Action Complaint against Defendants, which was served on or around November 3, 2022.

1

2.  On or about December 12, 2022, Defendants filed their Answer to the Plaintiffs' Collective Action Complaint.

3.  On or about February 13, 2023, Plaintiffs' filed their Motion for Conditional Certification and Court-Facilitated Notice to certify their FLSA claim as a collective action pursuant to 29 U.S.C. § 216(b) and to facilitate the issuance of notice to all potential members of the collective.

4.  Upon filing their Answer, Defendants' counsel have been in communication with Plaintiffs' counsel to attempt to discuss potential settlement in this matter.

5.  As a result, Defendants request a modest two-week extension of the deadline to file a responsive pleading to Plaintiffs' Motion, which will allow the parties to continue efforts to reach a settlement in this case.

6.  Counsel for Plaintiffs has reviewed the contents of this Motion and has consented to the relief requested herein.

7.  Neither party will be prejudiced by the proposed extension of the deadline to file a responsive pleading to the Motion in this matter; rather, such extension is in the best interests of the parties.

WHEREFORE, Defendants MMFC, LLC d/b/a Molly Maid of Greater Frederick and Columbia ("Molly Maid"), Ritu Goel, and Sumeet Goel respectfully request that this Honorable Court grant this Consent Motion and extend the time for Defendants to file their responsive pleading to the Motion by fourteen days, to Monday, March 13, 2023, and grant such further relief as the Court deems necessary and proper.

Dated: February 27, 2023          Respectfully submitted,

    */s/ Jonathan P. Kagan*
Jonathan P. Kagan (Bar No. 23181)
kagan@kaganstern.com
Stephen B. Stern (Bar No. 25335)
stern@kaganstern.com
Veronica J. Mina (Bar No. 30472)
mina@kaganstern.com

KAGAN STERN MARINELLO & BEARD, LLC
238 West Street
Annapolis, MD 21401
Phone:          (410) 216-7900
Facsimile: (410) 705-0836

*Attorneys for Defendants MMFC, LLC d/b/a Molly Maid of Greater Frederick and Columbia ("Molly Maid"), Ritu Goel, and Sumeet Goel*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of February, 2023, a copy of the foregoing Defendants' Consent Motion for Extension to File Responsive Pleading to Plaintiffs' Motion for Conditional Certification and Court-Facilitated Notice was electronically filed with the Clerk of Court using the CM/ECF system, which shall send notification to all parties of record by operation of the Court's electronic filing system.

                                                */s/ Jonathan P. Kagan*
                                                Jonathan P. Kagan (Bar No. 23181)