IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| MARIELA CAMPOS CORADO, et al., | * | |
| *Plaintiffs, on behalf of themselves and others similarly situated*, | * | Civil Action No. 1:22-cv-02780-MJM |
| | * | |
| v. | * | |
| MMFC LLC, et al., | * | |
| *Defendants*. | * | |
| | * | |

**PLAINTIFFS' CONSENT MOTION TO APPROVE SETTLEMENT**

Plaintiffs Mariela Campos Corado, Patricia De Romero, Maria Ayala, and Jackeline Chavez (collectively, "Plaintiffs") hereby move for the Court's approval of the Parties' settlement agreement in this case brought under the Fair Labor Standards Act and Maryland state law. In support of this Consent Motion, the Plaintiffs submit the accompanying memorandum of law and exhibits.

Dated: March 1, 2024

Respectfully submitted,

/s/
Lucy Zhou (Fed. Bar No. 21334)
Monisha Cherayil (Fed. Bar No. 18822)
The Public Justice Center
201 North Charles Street, Suite 1200
Baltimore, MD 21201
Tel: (410) 625-9409
Fax: (410) 625-9423
zhoul@publicjustice.org
cherayilm@publicjustice.org

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of March, 2024, a copy of the foregoing Plaintiffs' Consent Motion to Approve Settlement was electronically filed with the Clerk of Court using the CM/ECF system, which shall send notification to all parties of record by operation of the Court's electronic filing system.

/s/
Lucy Zhou